UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON UTLEY,  CASE NO. 13-cv-11223
HONORABLE GERALD E. ROSEN

    Petitioner,

v.

OAKLAND COUNTY,

    Respondent.
_____/

## JUDGMENT

Pursuant to the Order entered on this date,

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DISMISSED** without prejudice for failure to exhaust state remedies.

DAVID J. WEAVER
CLERK OF COURT

By: s/Julie Owens
Deputy Clerk


Approved:

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: April 18, 2013


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 18, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135